**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brayan Erick Noguera Campos,

     Petitioner

v.

Todd Blanche, et al.,

     Respondents

Case No. 2:26-cv-01785-JAD-EJY

**Order Dismissing Case as Duplicative**

[ECF No. 7]

Petitioner Brayan Erick Noguera Campos filed this petition for federal habeas corpus relief from his immigration detention.  On June 16, 2026, I ordered the petitioner to show cause why this case should not be dismissed as duplicative of his earlier filed habeas petition in case number 2:26-cv-00617-JAD-EJY.[1]  Campos's counsel (who represents him in both cases) has confirmed that the cases are duplicative and requests that this later-filed petition be dismissed.[2]  With good cause appearing, IT IS ORDERED that **this case is DISMISSED** without prejudice as duplicative.  **The Clerk of Court is directed to CLOSE THIS CASE.**

_____

U.S. District Judge Jennifer A. Dorsey
July 2, 2026

---

[1] ECF No. 3.

[2] ECF No. 7.